**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Benjamin CAINE, a.k.a. Foolish, a.k.a.
Benji, Defendant–Appellant.**

**No. 13–15375
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 27, 2014.

Cherie Krigsman, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Diidri Robinson, Angela Dougan Sherrer, U.S. Attorney's Office, Jacksonville, FL, for Plaintiff–Appellee.

Tracy N. DaCruz, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Maurice C. Grant, II, Federal Public Defender's Office, Jacksonville, FL, for Defendant–Appellant.

Before TJOFLAT, HULL and ANDERSON, Circuit Judges.

PER CURIAM:

Tracy N. DaCruz, appointed counsel for Benjamin Caine in this appeal of his revocation of supervised release and his resulting sentence, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Caine's revocation and his resulting sentence are **AFFIRMED.**